JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES POLAND ) | CASE NO. CV 10-02878 MMM (PLAx) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT FOR DEFENDANT |
| UNITED STATES ATTORNEY ) | |
| GENERAL ) | |
| Defendant. ) | |

On July 30, 2012, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of his complaint; and

2. That the action be, and it hereby is, dismissed.

DATED: July 30, 2012

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE