JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES POLAND | ) CASE NO. CV 10-02878 MMM (PLAx) |
| Plaintiff, | ) |
| | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| | ) |
| UNITED STATES ATTORNEY | ) |
| GENERAL | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

On July 30, 2012, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1.      That plaintiff take nothing by way of his complaint; and

2.      That the action be, and it hereby is, dismissed.

DATED: July 30, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE